PROB 35
(Rev 3/93)

Report and Order Terminating Supervision
Prior to Original Expiration Date

# UNITED STATES DISTRICT COURT
## FOR THE
## EASTERN DISTRICT OF NORTH CAROLINA
## WESTERN DIVISION

UNITED STATES OF AMERICA

v.　　　　　　　　　　　　　　　　　　　　　Crim. No. 5:04-CR-443-2BO

PRISCILLA BARNES

On June 6, 2008, the above named was placed on supervised release for a period of 36 months. The offender has complied with the rules and regulations of supervised release and is no longer in need of supervision. It is accordingly recommended that the offender be discharged from supervision.

Reviewed and approved,　　　　　　　　　　　Respectfully submitted,

/s/ Jeffrey L. Keller　　　　　　　　　　　　/s/ Billy W. Boggs, Jr.
Jeffrey L. Keller　　　　　　　　　　　　　　Billy W. Boggs, Jr.
Supervising U.S. Probation Officer　　　　　Senior U.S. Probation Officer

## ORDER OF COURT

Pursuant to the above report, it is ordered that the offender be discharged from supervision and that the proceedings in the case be terminated.

Dated this 31 day of July, 2010.

Terrence W. Boyle
U.S. District Judge